United States Courts
Southern District of Texas
FILED

*May 13, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  **M-25-1005** |
| CARLOS VERDUZCO-MUNIZ | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 23, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARLOS VERDUZCO-MUNIZ**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with J.R., a TMD Specialist, State of Texas National Guardsman, while said agent was engaged in or on account of the performance of J.R.'s official duties, as defined by 18 United States Code, Section 1114, said offense involved physical contact with J.R.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Robert J. Huerra h.*

ASSISTANT UNITED STATES ATTORNEY